IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Civil Action No. 13-cv-01794-LTB
Criminal Action No. 04-cr-00396-LTB-2

UNITED STATES OF AMERICA,

v.

ANSELMO REYES-SOTO,

    Movant.

---

ORDER

---

    After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

    ORDERED that the United States Attorney on or before   August 14, 2013  , shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

    Dated:   July 10, 2013

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    LEWIS T. BABCOCK, Senior Judge
                                    United States District Court