IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-01794-LTB
Criminal Action No. 04-cr-00396-2-LTB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

v.

2. ANSELMO REYES-SOTO,

    Defendant-Movant.

___

**JUDGMENT**
___

Pursuant to and in accordance with the Order (Docket No. 224) entered by the Honorable Lewis T. Babcock, Senior Judge, on August 20, 2013, the following Judgment is hereby entered:

It is ORDERED that Defendant-Movant Anselmo Reyes-Soto's Motion to Vacate under 28 U.S.C. § 2255 (No. 216) is DENIED. It is

FURTHER ORDERED that the corresponding civil action is closed.

Dated at Denver, Colorado this   21st   day of August, 2013.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/ Edward P. Butler
        Edward P. Butler, Deputy Clerk